1  LAWRENCE J. GORNICK (SBN 136290)
   EMILY M. CHARLEY (SBN 238542)
2  **LEVIN SIMES KAISER & GORNICK LLP**
   One Bush Street, 14th Floor
3  San Francisco, CA 94104
   Telephone: 415-646-7160
4  Facsimile: 415-981-1270

5
   Attorneys for Plaintiff
6

7                    UNITED STATES DISTRICT COURT
8
                     NORTHERN DISTRICT OF CALIFORNIA
9

10 FAITH MCCONNELL,                       )  CASE NO. C 06 0596 EDL
                                          )
11              Plaintiff,                )  Before the Honorable Elizabeth D. Laporte
                                          )
12      v.                                )  [~~PROPOSED~~] ORDER VACATING
                                          )  **AND/OR CONTINUING CASE**
13 ASTRAZENECA PHARMACEUTICALS,           )  **MANAGEMENT CONFERENCE**
   L.P., ASTRAZENECA, L.P., AND ELI LILLY )
14 AND COMPANY,                           )  Conference Date:   May 2, 2006
                                          )  Conference Time:   3:00 p.m.
15              Defendants.               )  Location:          Courtroom E, 15th Floor
16                                        )                     San Francisco

17
       For the reasons set forth in Plaintiff's Case Management Conference Statement, the Court
18
   hereby continues the May 2, 2006 Case Management Conference ("CMC") to  September 5, 2006  ,
19
   at  10:00 a.m.   In the event the case is not transferred as part of the MDL No. 1769 – *In re Seroquel*
20
   *Products Liability Litigation* and/or as part of MDL No. 1596 – *In re Zyprexa Liability Litigation*, far
21
   enough in advance of the new CMC date, the parties shall file a Joint CMC Statement at least 7
22
   calendar days before the CMC, pursuant to this Court's Standing Order.
23

24    **IT IS SO ORDERED.**
25
      DATED:  May 1, 2006                              _____
26                                                     Hono_____Henderson  Elizabeth D. Laporte
27                                                     United_____Court Judge
                                                              Magistrate
28